# RECEIPT

DATE 5/13/15          No. 515997

RECEIVED FROM Loree & Lipscomb          $ 0.70

_____ DOLLARS

○ FOR RENT
○ FOR          Copies — 04-11-00193-CV

| ACCOUNT | | ○ CASH | |
|---|---|---|---|
| PAYMENT | 70 | ○ CHECK | FROM _____ TO 3 & owed to us |
| | | ○ MONEY ORDER | |
| BAL. DUE | | ○ CREDIT CARD | BY _____ |